MAYO S. SISLER, *ET ALS.*, PLAINTIFFS-PETITIONERS, v. THE ZONING BOARD OF ADJUSTMENT OF THE TOWN-SHIP OF EAST BRUNSWICK, *ET ALS.*, DEFENDANTS-RESPONDENTS.

*Messrs. Rosenhouse & Cutler* for the petitioners.

*Mr. Peter J. Schwartz, Mr. Karl R. Meyertons, Messrs. Kaufman & Kaufman* and *Mr. Richard M. Salsburg* for the respondents.

June 30, 1967. Denied.

CHARLES ROONEY, PLAINTIFF-PETITIONER, v. AN-THONY P. CORAGGIO, DEFENDANT-RESPONDENT.

See same case below: 95 *N. J. Super.* 112.

*Messrs. Ewart, Lomell, Adler & Kearney* and *Mr. Harold C. White* for the petitioner.

*Mr. Kenneth E. Joel* and *Mr. Edward Farry, Jr.* for the respondent.

June 30, 1967. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. VICTOR A. MEICH, DEFENDANT-PETITIONER.

*Messrs. Hartman & Schlesinger* for the petitioner.

*Mr. Martin J. Queenan* and *Mr. Myron H. Gottlieb* for the respondent.

June 30, 1967. Denied.